```
UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF OHIO
       WESTERN DIVISION
```

ROBERT MORRIS, :
: NO. 1:09-CV-00663
    Petitioner, :
:
 v. :
: **OPINION AND ORDER**
WARDEN, LEBANON CORRECTIONAL :
INSTITUTION, :
:
    Respondent. :

    This matter is before the Court on the Magistrate Judge's November 2, 2009 Report and Recommendation (doc. 4). Petitioner filed no objection.

    The Magistrate Judge reported Petitioner has failed to comply with the Court's September 22, 2009 Order (doc. 2) that he either pay the $5.00 filing fee or file a motion for leave to proceed without prepayment of fees within thirty days (doc. 4). As such, the Magistrate Judge recommended the Court dismiss this matter for lack of prosection (<u>Id</u>.).

    Having reviewed this matter the Court finds the Magistrate Judge's Report and Recommendation well taken. Accordingly, the Court ADOPTS and AFFIRMS such Report and Recommendation (doc. 4), and DISMISSES this matter for lack of prosecution. <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 630-31 (1962).

    SO ORDERED.

Dated: December 8, 2009    <u>s/S. Arthur Spiegel          </u>
                                       S. Arthur Spiegel
                                       United States Senior District Judge